UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MILLER,

              Plaintiff,

- against -

THE PRECIOUS METALS GROUP INC.,

              Defendant.

---

22-cv-1416 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The defendant's answer was due on March 22, 2022. The time for the defendant to answer is extended to 4/8, 2022.

SO ORDERED.

Dated: New York, New York
March 24, 2022

John G. Koeltl
United States District Judge