UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KIMBERLY MILLER,

                Plaintiff,          22-cv-1416 (JGK)

    - against -               ORDER

THE PRECIOUS METALS GROUP INC.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The defendant's answer was due on April 8, 2022. The time for the defendant to answer is extended to _4/22/22_, 2022. If the defendant fails to answer by then, the plaintiff may seek a default judgment against the defendant.

SO ORDERED.

Dated:    New York, New York
          April 11, 2022

                                              /s/ John G. Koeltl
                                              John G. Koeltl
                                          United States District Judge